*Formatted for Electronic Distribution*                                    *For Publication*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VERMONT

_____

**In re:**

       **Robert S. Hutchins,**                        **Chapter 13 Case**
                **Debtor.**                         **# 08-10082**

_____

| | | |
|---|---|---|
| *Appearances:* | *Kathleen Walls, Esq.* | *Douglas J. Wolinsky, Esq. and Shireen Hart, Esq.* |
| | *Glinka & Walls* | *Primmer Piper Eggleston & Cramer PC* |
| | *Middlebury, VT* | *Burlington, VT* |
| | *For the Debtor* | *For the Creditor* |

## ORDER
### OVERRULING CREDITOR'S OBJECTIONS TO CONFIRMATION

       For the reasons set forth in the Memorandum of Decision of even date,

       IT IS HEREBY ORDERED that Creditor Tennessee Commerce Bank's objections to the Third Amended Chapter 13 Plan are OVERRULED.

       IT IS FURTHER ORDERED that the Debtor's Third Amended Plan meets all the requirements of confirmation, has been proposed in good faith, and shall therefore be confirmed upon the case trustee's filing of an Order Confirming Plan.

       **SO ORDERED.**

                                          _Colleen A. Brown_ (signature)

January 30, 2009                                   Colleen A. Brown
Rutland, Vermont                                 United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

Filed & Entered
On Docket
January 30, 2009

DISTRICT OF VERMONT